**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CITY OF WILLIAMSPORT | : |
| | : |
| Plaintiff, | : Civil Action No. |
| | : |
| v. | : |
| | : |
| CNA INSURANCE COMPANIES and | : |
| NATIONAL FIRE INSURANCE COMPANY | : |
| OF HARTFORD, | : |
| | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Edward Napierkowski, Esq., hereby certify that, on January 30, 2019, I served a copy of the Notice of Removal from State Court, Corporate Disclosure Statement and Cover Sheet on counsel listed below via regular mail at the address provided below:

> J. David Smith, Esq.
> Austin White, Esq.
> McCormick Law Firm
> 835 West Fourth Street
> Williamsport, PA 17701
> *Attorneys for Plaintiff,*
> *City of Williamsport*

> CONNOR WEBER & OBERLIES, PC
>
> By: _____
> Edward M. Napierkowski, Esquire
> 171 West Lancaster Avenue, Suite 100
> Paoli, PA 19301
> T - (610) 640-2800
> F - (610) 640-1520
> ENapierkowski@cwolaw.com
> *Counsel for Defendant,*
> *National Fire Insurance Company of Hartford*

Date:  January 30, 2019